**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL A. CIANELLI,**

                **Plaintiff,**

**-vs-**                                         **Case No. 6:05-cv-903-Orl-31KRS**

**JACK PARKER, Brevard County Sheriff,**
**Brevard County Deputy EDWARD BECHT,**
**CITY OF MELBOURNE, City of**
**Melbourne Police Officers BENJAMIN**
**SLOVER & BRIAN STEPHENS, CITY OF**
**WEST MELBOURNE, City of West**
**Melbourne Police Officers SEAN**
**HARNAGE, JODY STARNES &**
**MICHAEL WILMARTH; TOWN OF**
**MELBOURNE VILLAGE, Town of**
**Melbourne Village Police Officers ALBERT**
**BARONE & JEREMY PILL,**

                **Defendants.**

_____

## ORDER

      This matter is before the Court on a Motion to Dismiss filed by Defendants Sean Harnage, Jody Starnes and Michael Wilmarth (Doc. 18). By their Motion, the Defendants seek to dismiss Count XVI of the Plaintiff's Complaint.[1] The Defendants filed this motion on July 19, 2005. The Plaintiff has not filed an opposition to the motion, the time to do so has passed, and it appears that the motion is well-founded. It is therefore

---

[1] The Plaintiff's Complaint appears at Doc. 1.

**ORDERED THAT** the Defendants' Motion to Dismiss (Doc. 18) is GRANTED as unopposed, and Count XVI of the Plaintiff's Complaint (Doc. 1) is DISMISSED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 25, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party